UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

NORTHWEST LININGS AND
GEOTEXTILE PRODUCTS, INC., a
Washinton corporation,

            Plaintiff,

    vs.

CRUM & FORSTER SPECIALTY
INSURANCE COMPANY, a New Jersey
corporation,

            Defendant.

No. 2:25-cv-01904-JHC

**STIPULATED MOTION AND ORDER
TO STAY**

**NOTE FOR MOTION CALENDAR:
MARCH 25, 2026**

Plaintiff Northwest Linings and Geotextile Products, Inc. (NWL) and Defendant Crum & Forster Specialty Insurance Company (CFSIC) (hereinafter collectively referred to as the "Parties") respectfully submit the following Stipulated Motion to Stay this matter.

## I.    STIPULATED MOTION

The Parties respectfully submit this Stipulated Motion to Stay this matter. "A district court has the inherent power to stay its proceedings." *Oregon Mut. Ins. Co. v. Ham & Rye, LLC*, 2010 U.S. Dist. LEXIS 70774 at \*9 (W.D. Wash. July 14, 2010) (citing *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)). The power to stay is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION AND ORDER
TO STAY - 1
Case No. 2:25-cv-01904-JHC

counsel, and for litigants." *Id*.

Here, good cause exists for a Stay as the underlying matter, *City of Baker City, Oregon v. Anderson Perry & Associates, et. al.*, in the Circuit Court of the State of Oregon for the County of Baker, case no. 24CV27271, is set for mediation in April. Accordingly, the adjudication of this pending matter may become moot. A Stay of this matter would conserve the resources of both this Court and the Parties.

The Parties further stipulate and agree that this Stay can be lifted by Motion from either Party at any time. The Parties stipulate and agree to submit a briefing schedule related to CFSIC's pending Motion for Leave to Amend (Dkt. 10) within 10 days of any Order lifting this Stay.

DATED this 25th day of March 2026.

LETHER LAW GROUP

*/s/ N. Chance Laboda*
Thomas Lether, WSBA No. 18089
N. Chance Laboda, WSBA No. 54273
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
T: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
claboda@letherlaw.com
*Counsel for Defendant*

GORDON TILDEN THOMAS & CORDELL LLP

*/s/ Liam F. McKeegan*
Liam F. McKeegan, WSBA No. 61206
421 W. Riverside Ave, Suite 614
Spokane, WA 99201
Dale L. Kingman, WSBA No. 07060
600 University Street, Suite 2915
Seattle, WA 98101
T: (206) 467-6477
lmckeegan@gordontilden.com
dkingman@gordontilden.com
*Counsel for Plaintiff*

STIPULATED MOTION AND ORDER
TO STAY - 2
Case No. 2:25-cv-01904-JHC

## II.   ORDER

This matter, having come before this Court on the foregoing Stipulation, and the Court finding good cause, hereby ORDERS that this case is STAYED.  This Stay can be lifted by Motion from either Party at any time. The Parties agree to submit a briefing schedule related to CFSIC's pending Motion for Leave to Amend (Dkt. 10) within 10 days of any Order lifting this Stay.

IT IS SO ORDERED.

DATED THIS 25th day of March, 2026.

_John H. Chun_____

John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER
TO STAY - 3
Case No. 2:25-cv-01904-JHC