# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

NORTHWEST LININGS AND
GEOTEXTILE PRODUCTS, INC., a
Washinton corporation,

        Plaintiff,

    vs.

CRUM & FORSTER SPECIALTY
INSURANCE COMPANY, a New Jersey
corporation,

        Defendant.

No. 2:25-cv-01904-JHC

**ORDER**

This matter comes before the Court sua sponte.  In light of the stay Order at Dkt. # 13, the Court DIRECTS the Clerk to terminate the motion for leave to amend at Dkt. # 10.  Once the stay is lifted, Defendant may ask the Court to re-note the motion for leave to amend.

DATED THIS 31st day of March, 2026.

_John H. Chun_
John H. Chun
United States District Judge

ORDER - 1
Case No. 2:25-cv-01904-JHC